<35>

<35>



United States Probation and Pretrial Services
*Western District of Washington*

**Monique D. Neal**      **Brenda L. Amundson**
*Chief*     *Deputy Chief*

# MEMORANDUM

| | |
|---|---|
| Date: | October 16, 2023 |
| To: | The Honorable Lauren King, United States District Judge |
| From: | Darcell Prescott<br>United States Probation Officer |
| Subject: | Jeffrey Dorsey<br>Case Number: 2:12CR00066LK-001<br>**STATUS REPORT** |

**STATUS**:
On October 4, 2023, I submitted a violation report and request for summons alleging Mr. Dorsey violated the conditions of supervised release by consuming marijuana and alcohol. Mr. Dorsey was prepared to admit the violations at the initial appearance originally scheduled on October 20, 2023. Therefore, the initial appearance was stricken, and disposition scheduled before Your Honor on November 1, 2023, at 10:00 a.m.

**ADJUSTMENT AND EVALUATION**:
Since submitting the violation report and request for summons, Mr. Dorsey obtained a Marinol prescription from his medical provider to aide in pain management in lieu of opiate pain medications. While Marinol contains Tetrahydrocannabinol (THC) and will test positive in a urine test; the medication is a valid prescription and will be obtained from a licensed pharmacy. Mr. Dorsey will not be obtaining marijuana from dispensaries or other sources.

Additionally, Mr. Dorsey is in the process of obtaining a substance use disorder treatment assessment and will be required to comply with all treatment recommendations. Mr. Dorsey is otherwise stable, is employed, and rents his own apartment. He has complied with my directives and maintains regular contact.

**RECOMMENDATION**:
I have reviewed the Court's Order in United States v. Dimmer. Mr. Dorsey no longer wishes to address the Court regarding medical marijuana given his recent prescription for Marinol. Therefore, I respectfully recommend the Court take no action on the violations and strike the hearing scheduled for November 1, 2023. Both the Assistant United States Attorney, Stephen Hobbs and Defense Attorney Gregory Geist concur with my recommendation.

The Honorable Lauren King, United States District Judge  Page 2
RE: Jeffrey Dorsey, 2:12CR00066LK-001  October 16, 2023

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 16th day of October, 2023. | BY: |
| *(signature)*<br>———————————————<br>Darcell Prescott<br>United States Probation Officer | *(signature)*<br>———————————————<br>Analiese D. Johnson<br>Supervising United States Probation Officer |

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

- [x] No formal action; strike hearing on November 1, 2023
- [ ] Retain scheduled hearing on November 1, 2023
- [ ] Other

*(signature)*
———————————————
Signature of Judicial Officer
October 16, 2023
Date